UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

SHANNA GROVE,

          Plaintiff,           Case No. 1:21-cv-00354

vs.           Hon. Paul L. Maloney

WZZM a/k/a WZZM-TV a/k/a WZZM13,
TEGNA, INC., and COMBINED
COMMUNICATIONS OF OKLAHOMA, LLC,

          Defendants.
_____/

  James C. Baker (P62668)
  Raymond J. Sterling (P34456)
  Attorneys for Plaintiff
  STERLING ATTORNEYS AT LAW, P.C.
  33 Bloomfield Hills Pkwy., Ste. 250
  Bloomfield Hills, MI 48304
  (248) 644-1500
  jbaker@sterlingattorneys.com
  rsterling@sterlingattorneys.com
_____/

## JURY DEMAND

Plaintiff, Shanna Grove, requests and demands a trial by jury.

          Respectfully submitted,

          STERLING ATTORNEYS AT LAW, P.C.

          By:   /s/James C. Baker
               James C. Baker (P62668)
               Attorney for Plaintiff
               33 Bloomfield Hills Pkwy., Ste. 250
               Bloomfield Hills, MI 48304
               (248) 644-1500
               jbaker@sterlingattorneys.com

Dated: April 30, 2021