UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNA GROVE,

              Plaintiff,              Case No. 1:21-cv-00354

vs.                                                         Hon. Paul L. Maloney

WZZM a/k/a WZZM-TV a/k/a WZZM13,
TEGNA, INC., and COMBINED
COMMUNICATIONS OF OKLAHOMA, LLC,

              Defendants.
_____/

| | |
|---|---|
| James C. Baker (P62668) | Alan S. King, Esq. |
| Raymond J. Sterling (P34456) | Noreen H. Cull, Esq. |
| Attorneys for Plaintiff | Ariel Schepers Wilson (P84528) |
| STERLING ATTORNEYS AT LAW, P.C. | RILEY SAFER HOLMES & |
| 33 Bloomfield Hills Pkwy., Ste. 250 | CANCILA LLP |
| Bloomfield Hills, MI 48304 | Attorneys for Defendants |
| (248) 644-1500 | 70 N. Madison Street, Suite 2900 |
| jbaker@sterlingattorneys.com | Chicago, IL 60602 |
| rsterling@sterlingattorneys.com | (312) 471-8700 |
| | aking@rshc-law.com |
| | ncull@rshc-law.com |
| | |
| | 121 W. Washington Street, Suite 402 |
| | Ann Arbor, MI 48104 |
| | (734) 773-4900 |
| | awilson@rshc-law.com |

**JOINT MOTION FOR ENTRY OF**
**STIPULATED PROTECTIVE ORDER**

      Plaintiff SHANNA GROVE ("Plaintiff") and Defendants WZZM a/k/a WZZM-TV a/k/a WZZM13, TEGNA, INC., and COMBINED COMMUNICATIONS OF OKLAHOMA, LLC ("Defendants"), through their respective attorneys, respectfully move this Court to enter an order granting the parties' stipulation for the protection and exchange of confidential material. In support of their agreed motion, the parties state as follows:

95996621.1

1. The parties have exchanged written discovery requests and anticipate making the production of documents in the near future. In light of the sensitive and confidential nature of some of the information to be exchanged during discovery, including but not limited to employment records of third parties, the parties hereby request that the Court enter a proposed Stipulated Protective Order.

2. A copy of such proposed Stipulated Protective Order is attached hereto as Exhibit A.

Wherefore, Plaintiff and Defendants respectfully request that the Court enter an order granting the parties' stipulation for protection and exchange of confidential material.

**Dated:** October 4, 2021                             Respectfully submitted,

| | |
|---|---|
| /s/ James C. Baker | /s/ Alan S. King |
| James C. Baker (P62668) | Alan S. King, Esq. (IL 06198223) |
| Raymond J. Sterling (P34456) | Noreen H. Cull, Esq. (IL 06229417) |
| Attorneys for Plaintiff | Ariel Schepers Wilson (P84528) |
| STERLING ATTORNEYS AT LAW, P.C. | RILEY SAFER HOLMES & CANCILA LLP |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Attorneys for Defendants |
| Bloomfield Hills, MI 48304 | 70 N. Madison Street, Suite 2900 |
| (248) 644-1500 | Chicago, IL 60602 |
| jbaker@sterlingattorneys.com | (312) 471-8700 |
| rsterling@sterlingattorneys.com | aking@rshc-law.com |
| | ncull@rshc-law.com |
| | |
| | 121 W. Washington Street, Suite 402 |
| | Ann Arbor, MI 48104 |
| | (734) 773-4900 |
| | awilson@rshc-law.com |