UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNA GROVE,

    Plaintiff,

v.

                                         Case No. 1:21-cv-354

WZZM, et al.,                          HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER OF RECUSAL

I recuse myself under 28 U.S.C. § 455(a) and (b)(4) from further participation in this case due to a conflict of interest.  The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

    **IT IS SO ORDERED**.


Dated:  October 18, 2021                                      /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge